IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 20 CR 010 JDP |
| DAVID M. KRUCHTEN, | 18 U.S.C. § 2251(a)<br>18 U.S.C. § 2251(e) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

### COUNT 2

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 3

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor C, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 4

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor D, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 5

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor E, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 6

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor F, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 7

On or about January 20, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor G, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 01/29/2020

_____
SCOTT C. BLADER
United States Attorney