JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**SEALED**

20   CR   010   JDP

| **Place of Offense:** | | **Related Case Information:** | |
|---|---|---|---|
| City: | Cottage Grove | Superseding | Docket Number |
| County/Parrish: | Dane | Same Defendant | New Defendant |
| | | Magistrate Judge Case Number | |
| | | Search Warrant Case Number | 20-MJ-11 |
| | | R 20 / R40 from District of | |

## Defendant information:

Matter to be Sealed  ✓ Yes  _____ No

**Def. Name:** David Kruchten

**Alias Name:**

**City/State:** Cottage Grove, WI

**Year of Birth:** _____   Last 4 digits of SSN _____

**Sex:** Male   Race: White

*2020 JAN 29 PM 2:07 REC'D/FILED CLERK'S OFFICE PED CO POS SER W.D. OF WI-MJ-DJT DOC NO 2*

## U.S. Attorney Information:

ELIZABETH ALTMAN   Bar #:

Interpreter: ✓ No _____ Yes   List language and/or dialect:

## Location Status:

Arrest Date: _____

_____ Already in Federal Custody as of: _____ in _____

_____ Already in State Custody

_____ On Pretrial Release

## U.S.C. Citations:

Total # of Counts: 7   _____ Petty   _____ Misdemeanor   ✓ Felony

_____ Class A

_____ Class B

_____ Class C

| | **Index Key/Code** | **Description of Offense Charged** | **Counts(s)** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) | Attempted production of child pornography | 1 - 7 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____   Signature  /s/   ELIZABETH ALTMAN