# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 1/30/2020      DAY: Thursday      START TIME: 3:04 PM      END TIME: 3:16 PM

JUDGE/MAG.: P. Oppeneer      CLERK: K. Frederickson      REPORTER: FTR

PROBATION OFFICER: A. Barczak      INTERPRETER: _____      SWORN: YES ☐  NO ☐

CASE NUMBER: 20-cr-10-jdp      CASE NAME: USA v. David M. Kruchten

**APPEARANCES:**

ASST. U.S. ATTY.: Elizabeth Altman      DEFENDANT ATTY.: Joe Bugni

DEFENDANT PRESENT: YES ☒  NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1-7 ; 30 YR(S) IMPRISONMENT; $ 250,000 FINE; Life YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: _____      ☐ INDICTMENT/INFORMATION READ      ☒ DEFENDANT WAIVES READING

**PLEA:**

☐ GUILTY                    ☐ DEFENDANT SWORN

☒ NOT GUILTY                ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY

☐ NO CONTEST                ☐ DEFT. ADJUDGED GUILTY BY COURT

☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: _____      TRIAL ESTIMATE: _____ DAYS

PTMH/EVID. HRG.: _____      MOTIONS DUE: _____

FPTC: _____      FPTC SUBMISSIONS: _____

FINAL HEARING: _____

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: _____      OBJECTIONS DUE: _____

SENTENCING : _____ at _____

**RELEASE/DETENTION:**

☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

☒ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: 2/5/2020 at 2:00 p.m.

**NOTES:**

Trial calendar to be set at the detention hearing

TOTAL COURT TIME: 12 min.