# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

February 4, 2020


Honorable Stephen L. Crocker,
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. David Kruchten*
             Case No. 20CR10-jdp

Dear Judge Crocker:

     At Mr. Kruchten's arraignment, Judge Oppeneer set a hearing for tomorrow to address the issue of bond. At this time, the defense will not pursue bond but will likely present a plan in the near future and the defense will then file the appropriate motion. Thus, to conserve resources the defense requests that tomorrow's hearing be taken off the calendar.

     In addition, the defense requests that the Court set a telephonic status conference for some time (at the court's convenience) later next week, so the parties can set a trial date. Ms. Altman is out of town this week and alerted Judge Oppeneer of that fact last week.

Thank you for your attention to this matter.

        Sincerely,

        */s/ Joseph A. Bugni*

        Joseph A. Bugni
        Associate Federal Defender