# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

February 12, 2020

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. David Kruchten*
             Case No. 20-cr-10-jdp

Dear Judge Crocker:

       The Court has set a status hearing on Friday morning for calendaring this case and I would like to move that to tomorrow afternoon. Ms. Altman and I are both appearing at Dr. Kriemelmeyer's final pretrial conference tomorrow, and I was hoping to conduct the scheduling hearing in this case immediately after the final pretrial conference. The reason is that there is an event at my children's school on Friday morning that I would like to attend.

       Thus, I respectfully request that the Court hold the scheduling hearing in Mr. Kruchten's case tomorrow, immediately after the 1:30 hearing. I have spoken to AUSA Elizabeth Altman and she does not object to this request.

F<small>EDERAL</small> D<small>EFENDER</small> S<small>ERVICES</small>
   O<small>F</small> W<small>ISCONSIN</small>, I<small>NC</small>.

Honorable Stephen L. Crocker
February 12, 2020
Page -2-

 Thank you for your attention to this matter.

        Sincerely,

        */s/ Joseph A. Bugni*

        Joseph A. Bugni
        Associate Federal Defender

Cc: AUSA Elizabeth Altman