

**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

*Address:*
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

July 22, 2020

Joseph Bugni
Federal Defender Services of Wisconsin
22 East Mifflin Street
Suite 1000
Madison, WI  53703

Re:    *United States of America v. David Kruchten*
       Case No:  20-cr-00010-jdp

Dear Mr. Bugni:

Enclosed please find a CD containing additional discovery in this case (Bates Nos. KRUCHTEN_001357 to KRUCHTEN_001635), along with an Excel spreadsheet containing a log of the discovery.

If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

Very truly yours,

SCOTT C. BLADER
United States Attorney

By:        /s/
ELIZABETH ALTMAN
Assistant United States Attorney