IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT | |
| v. | | |
| DAVID M. KRUCHTEN, | Case No.: 20-cr-00010-jdp<br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2251(e) | |
| Defendant. | | |

DOC NO
REC'D/FILED
2020 AUG 19 PM 6:07
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

THE GRAND JURY CHARGES:

## COUNT 1

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 2

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

COUNT 3

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor C, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

COUNT 4

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor D, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

COUNT 5

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor E, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

COUNT 6

On or about October 27, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor F, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

COUNT 7

On or about January 20, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor G, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

COUNT 8

On or about October 29, 2018, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor H, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that

had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 9

On or about October 29, 2018, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor I, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 10

On or about October 29, 2018, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor J, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 11

On or about October 29, 2018, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor K, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 12

On or about October 29, 2018, in the Western District of Wisconsin, the defendant,

## DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor L, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 13

On or about October 29, 2018, in the Western District of Wisconsin, the defendant,

## DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor M, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 14

On or about October 29, 2018, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly and intentionally attempted to use a minor, Minor N, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 15

On or about December 6, 2019, in the Western District of Wisconsin and elsewhere, the defendant,

DAVID M. KRUCHTEN,

transported Minors I, K, L, M, O, P, and Q, in interstate commerce from Wisconsin to Minnesota, with the intent that such minors engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically hidden recording devices.

(In violation of Title 18, United States Code, Section 2251(a) and 2).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 8/19/2020

_____
SCOTT C. BLADER
United States Attorney