

**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

September 28, 2020

Joseph Bugni
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin, Suite 1000
Madison, WI  53703

    Re:  *United States of America v. David Kruchten*
         Case No:  20-cr-00010-jdp

Dear Mr. Bugni:

    Enclosed please find a flash drive with all of the discovery produced so far in an unredacted format (Bates Nos. KRUCHTEN_CLEAN_000001 – KRUCHTEN_CLEAN_001897) pursuant to the non-disclosure agreement in the above referenced case.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                            Very truly yours,

                            SCOTT C. BLADER
                            United States Attorney

                            By:     /s/

                            ELIZABETH ALTMAN
                            Assistant United States Attorney

Enclosure