IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INFORMATION |
| v. | |
| DAVID M. KRUCHTEN, | Case No. ____20-cr-010-jdp____ |
| | 18 U.S.C. § 1466A |
| | 18 U.S.C. § 2423(b) |
| Defendant. | |

---

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

Between on or about October 29, 2018 and on or about December 6, 2019, in the Western District of Wisconsin, the defendant,

DAVID M. KRUCHTEN,

knowingly attempted to produce visual depictions, that is video files, that depict minors engaging in sexually explicit conduct and is obscene, using materials that had previously been transported in interstate and foreign commerce, specifically hidden recording devices.

(In violation of Title 18, United States Code, Section 1466A).

### COUNT 2

On or about December 6, 2019, in the Western District of Wisconsin and elsewhere, the defendant,

DAVID M. KRUCHTEN,

traveled in interstate commerce with a motivating purpose of engaging in illicit sexual conduct with another person, specifically, production of child pornography.

(In violation of Title 18, United States Code, Section 2423(b)).

7-12-2021
Date

TIMOTHY M. O'SHEA
Acting United States Attorney