
GOVERNMENT EXHIBIT 1



