



KRUCHTEN_CLEAN_001038



KRUCHTEN_CLEAN_001037