

2 People

**Krutchen**

> I talked to them again, they said they do not believe they are active or recording. Some were damaged plus no memory card. They said occasionally guests will have them in the room to make sure the maids don't steal their stuff. But maybe a family/group had a block of rooms here. They are going to interview their staff, and I recommended they look at who was in the affected rooms previously.

> They said they will get back to me.

> I tuned in all the other crap and some stuff from my room now that I'm paranoid for them to look at!!

**GOVERNMENT EXHIBIT 4**

KRUCHTEN_CLEAN_001041