

KRUCHTEN_CLEAN_001147


KRUCHTEN_CLEAN_001108



KRUCHTEN_CLEAN_000093



KRUCHTEN_CLEAN_001180