




KRUCHTEN_CLEAN_001179