








KRUCHTEN_CLEAN_000078



KRUCHTEN_CLEAN_000073