

GOVERNMENT EXHIBIT 11

KRUCHTEN_CLEAN_001136