

**K:** Deca after dark tonight or tomorrow?

**Me:** tonight and maybe tomorrow

**K:** If it's tonight maybe just us three

**K:** And everyone tomo

**Me:** everyone in our room wants to sleep

**K:** Cause our whole room is sleepy

Kruchten
**K:** Ok

**K:** Where?

Kruchten
**K:** If you go by where the upstairs prom was there is a balcony on the 2nd floor

**K:** Overlooking the pool

GOVERNMENT EXHIBIT 14

KRUCHTEN_CLEAN_001110