June 19th, 2020

To Whom It May Concern:

I have known Dave Kruchten for eleven years. I have known him as a dedicated and hardworking teacher, and as a loving and caring family member and friend. For almost ten years I have known him as my loving husband, and for over six years as a dedicated dad to our two kids.

Dave has always been a very dedicated and involved dad to our six year old son and three year old daughter. From the moment our son was born over six years ago, I didn't change a single diaper until he was almost two weeks old. Dave changed every diaper, because that was something he could do to help me. We are an equal team when it comes to taking care of the kids, but hands down Dave is the fun parent. He plays the fun games, makes up the silly bedtime stories, and has the crazy dance parties with them. Our kids are still little and they don't understand why their dad is gone. It breaks my heart how much they miss him and that Dave is missing them grow up.

Dave and my relationship has always been an equal partnership. We each have our jobs and contributions that help keep our family running. Dave is an accountant by training and he takes care of everything financial. He takes care of everything outside, from shoveling snow to lawn mowing. He takes care of all of our pets (a dog, two cats and a turtle). However, I am not only missing him because of these responsibilities, but also because he is my best friend. Dave is the first person I want to tell anything, good or bad. He is my travel companion, and his love of travel has taken us on adventures all over the world. He is my workout buddy. He has motivated and encouraged me to finish marathons and pushed my comfort zone to complete a triathlon.

Dave would do anything for his friends and family. He writes down everyone's birthdays on his calendar, even friends he hasn't talked to in a long time, and makes sure to call or text them. He constantly tries to stay connected to both family and friends. Dave has also officiated the weddings of several close friends, because he is such a special part of their lives.

Dave's love extends to animals as well. He has rescued countless pets over the years. He spent his summers when he was younger volunteering at an animal rescue zoo in Wisconsin. Instead of spending his days enjoying his family's lake house like a typical teenager, he helped take care of the animals, feeding them, and cleaning cages. When he was in college he drove 5 hours to say goodbye to one of the zoo animals that was dying. On one of our first dates, he almost lost his hand trying to get a snapping turtle out of the middle of the road, so that it didn't get hit by a car.

Dave's love and thoughtfulness is known by all of his family and friends. He is an amazing dad and his kids need him home. They miss him so much. Right now, our son's favorite part of his day is talking to his dad on the phone, but that is not enough. They need him home. Dave has meant so much to so many people and I believe with my whole heart that he still has so much good to do.

Sincerely,

Emily Kruchten



To Whom It May Concern –

I am writing again on behalf of David Kruchten as his pastor and friend in order to show my continued support through his upcoming legal trials. As I wrote in my previous letter, I have known Dave since 2010 when I officiated at his wedding to Emily (Wolf) Kruchten. I have had the privilege to get to know both of them through the process of preparing for their wedding, in the baptism of their two children, and through over ten years of connection as their pastor.

I have also been in weekly phone contact with Dave since his arrest and incarceration, discussing matters of faith and forgiveness, God's grace and free will, and questions he has about the Bible and its history. We have also of late, as he anticipates his sentencing, been talking a lot about how he desires to begin the process to set things right. He is very aware of the pain he has caused – both his family and members of his community – and longs to have the possibility of restoring and reconciling those relationships as well as being of use to society in any way possible. I would hope he would be afforded the possibility to make amends as I believe that is his deepest desire. He longs to be with his family, of course, but also realizes that if that's not immediately possible, there's still good he can do in the world.

If there is any possibility of leniency in his sentencing, I fully believe that Dave is not a threat to society, nor is he capable of taking his freedom for granted from here on out. He will spend the rest of his life making life better for his wife, children, and others around him. I would request that we allow him to do this as soon as possible.

If I can be of any further assistance to Dave or in his case, I can be reached at pastor@newlifelc.com or 608 692 9149 for further comment.


Sincerely,


*Pastor Heather Hayward*
*New Life Church*
*Madison, WI*
*(608) 223-9337*

Judge Peterson,

I am writing this letter on behalf of my cousin, David Kruchten. I have known David for his whole life as he is my younger cousin by just a year and a half. He and my sister are nearly the same age, so the three of us have spent our whole lives together as close family does, spending vacations, holidays, birthdays, and playdates together. Many of my best childhood memories include David.

When I think about how I can best describe David to others, these three adjectives come to mind: caring, selfless, and full of life. David has always been a person who has taken care of others. He rescued a turtle that he found in his backyard that was blind in one eye. He took the turtle in and still has it today. David cared for animals in a small private zoo during his summers, not only because he wanted to give the animals the best lives he could, but because he wanted to help the elderly zoo owners care for the animals and help them out any way he was able. David's caring attitude shows through the most in how he takes care of his two children. He is a wonderful father, who spends as much time as he can with them, teaching them, providing for them, and giving them opportunities to grow through experiencing the world around them. Even as we have grown older, David has always called me to check in and see how my family and I are doing. He takes great pride in caring for other people.

David is a selfless person. He has truly been there for others in their time of need. No matter what he is doing, if you call David, you know that he will be there for you. When we had a house fire, David was the first person to come out to see what he could do to help. I was so surprised to see how fast he arrived, I knew he dropped whatever he was doing to come straight there. When my father was diagnosed with terminal cancer, David was one of the first people to visit. He offered to help my mother with whatever she needed, even if it was a gallon of milk, he was willing to drive a few hours to make sure she had it. David was an incredible support system during that time in our lives and I will never forget his selflessness.

The final words that come to mind when I think of David is his energy and how full of life he is. David has set so many goals for himself that he has achieved through hard work and commitment. I remember watching David as he crossed the finish line for his first Chicago Marathon. He had not been a runner, but he practiced and persevered and did it! And David didn't stop there, I also cheered him on as he completed his first Ironman years later. He embraces everything he does and gives it his all. This is especially true with his children. David has embraced his role as a father and doesn't stop at providing his children with opportunities to engage in and explore the world around them. They are constantly going on weekend adventures to area state parks, vacations to national parks, and spending time together in everyday activities at home. David has so much to offer his children as they grow.

Sincerely,

Andrea Schloss

To Judge Peterson,

    The majority of the memories in my 33 year old brain include my big brother David. Being 4 years older than me he's always been a constant in my life. We had an amazing childhood together shooting hoops in Illinois where we grew up, splashing around the lake and water-skiing when we'd vacation in Wisconsin and then growing into friends even more than siblings during our college years.

    David was one of the very first people that I came out to as a lesbian when I was in my early 20s. My strongest memory of the conversation is that he made me laugh, cry, feel supported and like he'd protect me from anything. Years later he would stand up as my best man during a commitment ceremony and give one of the funniest speeches I've ever heard, and then less than a year after that he officiated our legal marriage on the steps of city hall, a very proud day for our whole family.

    As years went on after that our wives became close and we've done countless vacations together, grill-outs, hiking trips and most recently have enjoyed raising our children together. So many fun memories we've made at holidays, swim lessons, trampoline parks, picnics and more! David is caring and compassionate when it comes to the kids and is a really great father. He's always very attentive to their needs, helping to cut up their hotdogs, set up the sandbox, supervise scootering and bicycling, read books and much more, the kids adore him. He's very patient with his children, he takes time to calmly explain things, teach them and make their lives more fun every day. I see the same attributes as an uncle. I have two kids now and twins on the way and he has always been such a fun and caring uncle to them! My kids call him "Funcle" Fun-Uncle Dave and he's their favorite to play with at parties and he's always very engaged and willing to be the one that sits and puts long monotonous toys together at Christmas and birthdays for all the kids!

    He's also passionate about animal welfare, supporting local community events, helping anyone in his life who is struggling with something and an attentive listener. When he was younger he volunteered at an animal refuge in Wisconsin and got a call in college that his favorite tiger was sick and he drove 5 hours there and 5 hours home to say goodbye. When Monona flooded in 2018 he quickly responded to bicycle over and help shovel and carry sandbags for hours. Whenever someone we love and care about is in trouble he is super thoughtful about coming up with ideas of things we can do together to help them through a difficult time. If I've ever been in a bind with my kids or my dogs or taking care of my house he's the first person I call, always dependable.

    As a big brother, and a person, I know I can count on him - to listen and help problem solve with me whatever I may need. When I think about describing my brother I think "someone who is always willing to help." That's exactly how he has always been as a brother and a person in my life and that is his true character and personality.

                                                  Sincerely,
                                                Elizabeth Kernan

Judge Peterson,

     I am writing on behalf of David Michael Kruchten. I've known David for nearly 30 years, and I am confident I can talk on his behalf of his character and who he is as a human being. David and I grew up in the suburbs and attended primary through high school together. He went off to University of Illinois, while I attended a college nearby. We always kept in touch and out friendship grew the strongest post-college as we found our independence as men and started our families. David is the embodiment of a family man; something he learned from his parents. David is the loving father of two wonderful kids and a husband to a great wife. He is the type of dad that is super involved in his kids' lives and always has a story to share about them. Those stories usually involve them traveling around the great state of Wisconsin or seeing family members in Minnesota and Illinois. When David is not with his family, he pours his heart and soul into his profession as a teacher. David started subbing in high schools while he went back to school to earn a Master's in Education. David found his calling, and everyone knew he was going to be a fantastic teacher. He dedicated years working at the high school level both in Wisconsin as well as Illinois. David had the ability to really connect with his students and provide encouragement to find value in an education. He helped write the narrative of his students by providing pathways to success while in his classroom as well as through a business club.

     David and I shared many memories growing up, David always looked out for everyone and was super involved in every aspect of life. During my transition from high school to college I had no place to live and David took me in to live with him during the summer so I could find stability in my life. Those months living with David and his family was just one example of his generosity, caring, and compassion for others. David always had time for others and made sure he went out of his way to make you feel supported and cared about. Every time he came into town, he would always make a point to get together. We spent that time talking about family, work, and reminiscing on the old times. The most treasured memory I have of David and I is when he married my wife and I back in 2016. It was extra special to me to have David speak on our behalf and officiate the wedding. He created an incredibly special moment in my life—one where I had someone that truly spoke from the heart because he cared about both people standing at the altar.

     David Michael Kruchten is a good man, loving father and husband, and genuinely cares about the success of his students. I am fortunate to call him my friend and someone I look up to.

Thank you for listening and your time.

Sincerely,

Peter King

To Judge Peterson:

   David Kruchten is our son. For 38 years, he has been a thoughtful and loving son and member of our family. He is a father to Abbie, 3 years old, and Jacob, 6 years old. He is husband to Emily for 10 years. We can say that along with his marriage, his children are the most important thing in his life and he is utterly devoted to his family.

   David is responsible both financially and personally and takes his responsibilities seriously always. We don't have a big family, David has 1 sister, 2 step-siblings and 3 cousins. One aunt, one uncle. We are all close and spend holidays together and even vacations. David and Emily invited us on their vacations to Banff Canada and Colorado with their family in recent years, where we had wonderful times. Our family has been going fishing in Canada to the same place for 100 years. David is always there, making us laugh, playing and goofing around with the kids. Always, that is where he spends a lot of his time, playing with his kids as well as his nieces and nephews.

   When his father had quadruple bypass surgery in 2016, David was right there at the hospital, spending hours in the ICU while Michael was unconscious and didn't even know he was there. His support to the rest of the family is so important to all of us. He started a college fund for his older niece and nephew, the children of his step-brother, from his own money, just because he thought it was the right thing to do. When there was a Muslim refugee ban, David began a fund and raised over $500 to help a local Syrian refugee family, again, just because he wanted to help people. He is a person who thinks of others.

   David became ordained online and he was able to perform several marriages. He performed the ceremonies for his sister and two best friends. He has been the Best Man in friends' weddings. He has stayed close to his high school friends and college friends throughout the years. They all got together this past November for a Friendsgiving, as they do every year.

   One of David's huge interests is genealogy and he has done extensive research on our family, and other families, tracing ancestors back to the 1700's and before. He has found relatives we didn't know existed. For Christmas one year, David converted over 100 VHS tapes from our family vacations and holidays-over 30+ years- to a digital format. He also compiled a 45 minute DVD of all past Christmases since we got married in 1975. Such a thoughtful, heartfelt and caring gift.

   David is competitive and always wants to accomplish and finish tasks and projects. He is driven to do his best. He has completed the Ironman competition twice and has biked several 100 mile days. He loves teaching his children how to start to ride bikes, swim and hike- to enjoy and appreciate the outdoors.

   This has all been life-changing for all of us. We love David so much and know that we can all come out of this, we can help him and each other. We just need him home to be with his family. He is a good person as you can see from our letter and all of the other letters that his friends and family have written for him.

Sincerely,
Linda and Michael Kruchten

Dear Judge Peterson,

I have had the pleasure of knowing Dave for twelve years now. We first met in the summer of 2008 as I started dating his sister, Beth, and spent time at the family cottage in Green Lake, WI. Through the years we've spent countless hours together. In the beginning we shared a mutual love of running, biking and triathlons and spent a lot of time training for and competing in Ironman Wisconsin together. We had many adventures including a multi-day, 300+ mile bike ride to Northern Wisconsin and a particularly memorable ride during a family vacation in Canada. Dave, Beth and I decided to do a hundred mile ride as a 'fun' adventure while in Canada. There were lots of laughs as our ride consisted of converting kilometers to miles and then finally riding in circles on the gravel driveway leading to the rental cabin until all three of our odometers clicked to the number '100'. One thing about Dave that I learned early on is that he never does anything halfway. Whether it be triathlons, genealogy research, teaching or spending time with his family - he is all in. Always a hard worker, he demonstrates commitment and diligence to achieve his goals.

Since those earlier days David and his wife Emily along with Beth and myself have all gotten married, settled into houses, and are raising children. We see each other often - our kids love to play and it's so fun to have close family to make memories with. Our favorite things to do include going to the farmers' market, hiking, camping and exploring new places. Dave has been nothing but a loyal friend to me and a loving husband and father to his family in all my experiences with him.

After twelve years we've all experienced our ups and downs. I specifically remember Dave coming through for us on so many occasions. He was the best man in our wedding when we celebrated with all our family and friends. He was there when gay marriage was legalized and was the first person we thought to call when we wanted someone to officiate our legal wedding on the steps of City Hall. He was there when our kids were born - a proud Uncle visiting us in the hospital and helping us learn how to be parents. He was there when our dog had to be put down with flowers and condolences. Through all the best times and all the lowest times, he's been there for us.

Hopefully these stories and memories help shape an image of the kind of person Dave is - a hard worker; a fun-loving friend and family man; a loyal, generous brother-in-law, and a dependable rock we have always been able to lean on. This is the person I've come to know and appreciate over the years.

Jamie Kernan

To Judge Peterson:

Dave has been one of my best friends for over 20 years. We met in high school. I can't remember the exact day we met, but I have many great memories of Dave throughout the different stages of our lives that we have known each other - striving for perfection during the high school years, attending the same college, starting our careers, navigating young adulthood together, being a part of each other's weddings, and becoming parents at the same time.

In high school, Dave and I were in many classes together, and we participated in many of the same extracurricular activities. He was on the boy's tennis team. I was on the girl's tennis team. We both participated in student government. I would say that we both have Type A personalities, and we both constantly pursue excellence and won't settle for less. We like to keep busy, be active, and make a positive impact on the people in our lives.

On a more personal note, Dave and I went to the Turnabout dance and Prom together during our Senior year of high school. Dave was always the perfect gentleman. He was the kind of guy that all of the moms wanted their daughter to marry. Dave was big on memorabilia. I remember my mom was selling our Senior Prom silver picture frame at a garage sale one summer, and Dave snatched it up - shocked that we would be getting rid of such a memento. Dave and I both attended the University of Illinois in Urbana-Champaign, and we remained friends throughout college. I knew I could count on Dave for a ride home from campus or as someone to sit with at lunch or as someone to hang out with if I didn't have any weekend plans.

After college, I chaperoned Prom with Dave a couple of times while he was a teacher in Illinois. I also coached Freshman girls tennis alongside Dave while he coached JV girls tennis in 2007. The high school girls tennis players used to always joke that Dave and I were going to get married on the tennis courts, and they were going to form an arch by all holding their tennis racquets up for us to walk through down the aisle. From what I observed while coaching high school tennis with Dave - all of his students and players thought he was awesome. Both boys and girls affectionately referred to him as "Kruch" and often bantered with him like a good friend. The students seemed very comfortable around Dave, and he was well-liked from what I saw and heard.

While Dave was looking to buy his first place, I accompanied him on many townhouse walk-throughs with his realtor. It was an exciting time to be a young adult buying a house, buying a car, and living on your own. When Dave was not teaching or coaching or lesson planning, he was always the one organizing gatherings and planning social events/trips for our high school friends and college friends. Dave is the reason we have all stayed so close over the years.

I remember when Dave was offered the job at Madison East High School. He was so excited to start a business club and be a Varsity tennis coach in addition to his primary role as a business teacher. He had really built up the accounting program and BPA during his years teaching in Illinois, and he was up for the challenge of revitalizing the department and starting the first chapter of BPA in Wisconsin.

Dave and I have had a solid relationship for a very long time. Dave has always been my "safe comfort zone" friend. He has always been very kind and respectful; and he also has a goofy side to him that can make people laugh. We could tell each other the trivial ups and downs of our daily lives; and we would turn to each other for advice. Dave got married before I did. And when I was finally ready to get married, I asked Dave to officiate our wedding. Dave was a big part of our wedding day, and I was so happy with how everything turned out. After we each got married, we leaned on our respective spouses to a greater degree than each other; however, we still kept in touch and continued to hang out as couples and within our group of friends. Then we each had babies, and our families would get together as often as we could given the hectic schedules of juggling work along with the demands of parenting and the fact that we live a couple hours away from each other.

Dave is a good guy. He is fun to be around. His children adore him. My children like being around him and his family. He wants the best for his kids, his wife, his family, his students, his coworkers, and his friends. He is a sensitive and caring person. Writing this letter has brought back a lot of great memories.

Since rely,

Kate

Judge Peterson,

David Kruchten and I spent our childhood together as neighbors and best friends from kindergarten through our young adulthood.  I chose Dave to be the best man in my wedding in 2007, and he reciprocated by asking me to be his a few years later.  We played t-ball together, shared the same piano teacher, both played saxophone in the school band, spent countless days together in the Cub Scouts and eventually Boys Scouts, and played on the same high school tennis team.  Perhaps the best memories of my childhood were spent with Dave's family visiting their lake house in Wisconsin, multiple times per year without fail.  We would ride with his parents and sister and their dogs in the back of their suburban singing Oldies and listening to the Cubs game on the radio.  Many times my own parents and sisters would drive to the lake as well, and our families made many happy memories there.  In high school Dave and I once famously performed a funny karaoke duet after everyone had finished dinner, leaving our parents and siblings roaring in laughter as we exited the restaurant with our families.

I bring up these memories because I think it's so important to know that Dave comes from a very loving family who cherished their time together, just like mine.  And it has always been very obvious that his parents are extremely proud of him; he has always been the apple of their eye.  At the top of our class academically and a leader in so many school groups and activities, Dave was also revered by our teachers and ultimately became an award-winning teacher himself.  He didn't get into trouble, he did the right things.  As we got older and it was harder to visit as frequently, Dave was the one who would always organize weekend events for our friends to keep in touch.  Dave is a kind of a glue that was always at the center of our group of friends.  He has always been a loyal friend to very many people, and we all have become very close with his parents, wife, and more recently his children too.

I'm unsure as to where a letter such as this fits into the legal process, if at all, but I wanted to share with you that there are so many positive traits to David Kruchten that naturally have not been discussed through this process.  His family is grieving and missing their son/husband/father/brother.  If required to spend further time away from his loved ones, it would be a penalty imposed not only onto him but also onto his parents, wife, young children, and siblings.  In some cases you see come through the court system, sadly I'm guessing that might not be a major factor to consider.  I urge you to consider what this legal process has already meant for Dave and for his family, especially his parents and his 2 young children who miss him dearly.

Sincerely,

Adam Benwitz

Judge Peterson,

David Kruchten has been a lifelong friend of our family. I have known him since he was born and have watched him grow up. As a young boy, he was friendly, playful and loving. It has been a joy to watch him develop into a young man who now has a family of his own. His own upbringing has been one that has included wonderful, loving parents, a sister who is one of his best friends, supportive aunts and uncles and lifelong friends. We all love David as we have all had the pleasure of doing life with him.

There has never been a time where I have not seen him display a genuine sense of kindness and compassion toward others. I have four children of my own who are all now grown, and he has been an integral part of their growing into adults. We have spent family vacations with him and his family for over 20 years and we have always known him to be loving, caring, compassionate, playful and even self-sacrificing. He has always been one to put others first in his interactions with them.  He has always showed a great capacity for taking care of others, even at his own expense.

David now has a family of his own. His two small children are a direct reflection of the stable and loving environment he and his wife have provided for them. He is a devoted husband and loving father that cares deeply for his wife and children. It is a pleasure to watch him raise his own children because he is such a great dad.

I have been blessed to know David and have the joy of a friendship that is much like family. He is greatly loved by those who know him best. My family and I continue to love and support him through thick and thin.

Sincerely,

Diana Noverini