IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | MEMORANDUM |
| v. | 20-cr-10-jdp |
| DAVID KRUCHTEN, | |
| Defendant. | |

---

Defendant, through counsel, asks the court to recommend that defendant be designated to FCI Sandstone. Dkt. 104. Prisoner placement is ultimately a matter for the Bureau of Prisons. But I will make the recommendation that defendant be designated to FCI Sandstone, so long as it is consistent with his treatment and security needs. If defendant is able to maintain a close relationship with his family it will provide a strong motivation for his rehabilitation.

I will send a copy of this memorandum and defendant's letter to the Bureau of Prisons so that it is aware of my recommendation.

Entered this 28th day of October, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge